IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            No. 04-20223-B

ROBERT PRINCE,

    Defendant.

---

ORDER GRANTING DEFENDANT ROBERT PRINCE III'S
MOTION FOR CONTINUANCE OF TRIAL SETTING AND
WAIVER OF APPEARANCE FOR AUGUST 29, 2005

---

    On August 26, 2005, the defendant, Robert Prince, filed a motion for a continuance of the trial setting and waiver of appearance of counsel and defendant for the report date currently set for August 29. The request is based on the receipt from the government of several CDs containing thousands of pages of materials which counsel has not reviewed. She further indicates she will discuss with opposing counsel a proposed trial date and advise the Court. The government faxed a notice of opposition to Defendant's motion to this Court's chambers late Friday afternoon. After a review of the motion and response, the Court finds that Defendant's motion should be granted.

    Accordingly, the Court GRANTS the defendant's motion to continue and sets the trial date for the October rotation, with a report date of September 26, 2005, at 9:30 a.m. Time will be excluded under the Speedy Trial Act.

    **IT IS SO ORDERED** this 26th day of August, 2005.

                                                 J. DANIEL BREEN
                                             UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cheryl B. Wattley
LAW OFFICE OF CHERYL B. WATTLEY
PBW Ventures Bldg.
3737 Atlanta St.
Dallas, TX 75215

Honorable J. Breen
US DISTRICT COURT